**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: POLITO, RONALD PHILIP                                Case No. 10-13354
       POLITO, SHARYN T

                                                            Chapter   7
_____,
                    Debtors

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00                         Assets Exempt:  $55,107.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $22,157.44     Claims Discharged
                                                Without Payment:  $46,111.79

Total Expenses of Administration: $3,343.08

---

    3) Total gross receipts of $   25,500.52   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    0.00    (see **Exhibit 2**), yielded net receipts of $25,500.52 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $23,563.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,343.08 | 3,343.08 | 3,343.08 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 4,907.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 63,465.00 | 60,711.23 | 60,711.23 | 22,157.44 |
| **TOTAL DISBURSEMENTS** | $91,935.00 | $64,054.31 | $64,054.31 | $25,500.52 |

4) This case was originally filed under Chapter 7 on March 26, 2010. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/20/2011          By: /s/DEBORAH K. EBNER
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| DIscharge Litigation settlement | 1249-000 | 25,500.00 |
| Interest Income | 1270-000 | 0.52 |
| **TOTAL GROSS RECEIPTS** | | **$25,500.52** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Harris N A | 4110-000 | 23,563.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$23,563.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH K. EBNER | 2100-000 | N/A | 3,300.01 | 3,300.01 | 3,300.01 |
| DEBORAH K. EBNER | 2200-000 | N/A | 43.06 | 43.06 | 43.06 |
| The Bank of New York Mellon | 2810-000 | N/A | 0.01 | 0.01 | 0.01 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 3,343.08 | 3,343.08 | 3,343.08 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | IRS Priority Debt | 5200-000 | 4,907.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 4,907.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7100-000 | 20,667.00 | 20,801.44 | 20,801.44 | 7,591.79 |
| 2 | Chase Bank USA, N.A. | 7100-000 | 4,847.00 | 4,847.41 | 4,847.41 | 1,769.13 |
| 3 | PYOD LLC its successors & assigns as assignee of | 7100-000 | 13,067.00 | 13,196.54 | 13,196.54 | 4,816.27 |
| 4 | PYOD LLC its successors & assigns as assignee of | 7100-000 | 21,598.00 | 21,507.11 | 21,507.11 | 7,849.33 |
| 5 | American Express Centurion Bank | 7100-000 | 635.00 | 358.73 | 358.73 | 130.92 |
| NOTFILED | Transunion | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC/RS | 7100-000 | 2,651.00 | N/A | N/A | 0.00 |
| NOTFILED | Experian | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Equifax | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 63,465.00 | 60,711.23 | 60,711.23 | 22,157.44 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-13354  
**Case Name:** POLITO, RONALD PHILIP  
　　　　　　POLITO, SHARYN T  
**Period Ending:** 03/20/11  

**Trustee:** (330480) DEBORAH K. EBNER  
**Filed (f) or Converted (c):** 03/26/10 (f)  
**§341(a) Meeting Date:** 04/21/10  
**Claims Bar Date:** 11/19/10  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | First Midwest Bank Checking Account | 5,000.00 | 0.00 | | 0.00 | FA |
| 2 | First Midwest Bank Savings Account | 50.00 | 0.00 | | 0.00 | FA |
| 3 | Household goods; TV, DVD player, TV stand, stere | 2,500.00 | 0.00 | | 0.00 | FA |
| 4 | DVDs, Books, Compact Discs, Tapes/Records, Famil | 100.00 | 0.00 | | 0.00 | FA |
| 5 | Necessary wearing apparel. | 50.00 | 0.00 | | 0.00 | FA |
| 6 | Wedding rings, earrings, watch, costume jewelry | 280.00 | 0.00 | | 0.00 | FA |
| 7 | Metropolitan Whole Life Insurance Policy- benefi | 9,727.00 | 0.00 | | 0.00 | FA |
| 8 | Pension w/ Employer/Former Employer - 100% Exemp | 35,000.00 | 0.00 | | 0.00 | FA |
| 9 | Harris N A - 2007 Ford Edge | 12,275.00 | 0.00 | | 0.00 | FA |
| 10 | DIscharge Litigation settlement  (u) | Unknown | Unknown | | 25,500.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.52 | FA |
| **11** | **Assets**    **Totals** (Excluding unknown values) | **$64,982.00** | **$0.00** | | **$25,500.52** | **$0.00** |

**Major Activities Affecting Case Closing:**

　　Hearing on Final Report scheduled for 2/4/2011

**Initial Projected Date Of Final Report (TFR):**　　　　　　**Current Projected Date Of Final Report (TFR):**　　December 22, 2010  (Actual)

Printed: 03/20/2011 01:43 PM    V.12.56

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-13354  
**Case Name:** POLITO, RONALD PHILIP  
POLITO, SHARYN T  
**Taxpayer ID #:** **-***5285  
**Period Ending:** 03/20/11  

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******53-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/24/10 | {10} | Ronald & Sharyn Polito | Settlement of discharge litigation per order of 10/5/2010 | 1249-000 | 5,000.00 | | 5,000.00 |
| 09/24/10 | {10} | Ronald & Sharyn Polito | Settlement of discharge litigation per order of 10/5/2010 | 1249-000 | 1,375.00 | | 6,375.00 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,375.05 |
| 10/29/10 | | The Bank of New York Mellon | Backup Withholding posting | 2810-000 | | 0.01 | 6,375.04 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,375.09 |
| 12/07/10 | {10} | Ronald and Sharyn Polito | Final Settlement of discharge litigation per order of 10/5/2010 | 1249-000 | 19,125.00 | | 25,500.09 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 25,500.26 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 25,500.47 |
| 02/04/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.04 | | 25,500.51 |
| 02/04/11 | | To Account #9200******5366 | To close and disburse | 9999-000 | | 25,500.51 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 25,500.52 | 25,500.52 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 25,500.51 | |
| | | | **Subtotal** | | 25,500.52 | 0.01 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$25,500.52** | **$0.01** | |

{} Asset reference(s)

Printed: 03/20/2011 01:43 PM   V.12.56

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 10-13354 | | Trustee: | DEBORAH K. EBNER (330480) |
|---|---|---|---|---|
| Case Name: | POLITO, RONALD PHILIP | | Bank Name: | The Bank of New York Mellon |
| | POLITO, SHARYN T | | Account: | 9200-******53-66 - Checking Account |
| Taxpayer ID #: | **-***5285 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 03/20/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/04/11 | | From Account #9200******5365 | To close and disburse | 9999-000 | 25,500.51 | | 25,500.51 |
| 02/07/11 | 101 | DEBORAH K. EBNER | Dividend paid 100.00% on $3,300.01, Trustee Compensation; Reference: | 2100-000 | | 3,300.01 | 22,200.50 |
| 02/07/11 | 102 | DEBORAH K. EBNER | Dividend paid 100.00% on $43.06, Trustee Expenses; Reference: | 2200-000 | | 43.06 | 22,157.44 |
| 02/07/11 | 103 | Chase Bank USA, N.A. | Dividend paid 36.49% on $20,801.44; Claim# 1; Filed: $20,801.44; Reference: XXXXX0324 | 7100-000 | | 7,591.79 | 14,565.65 |
| 02/07/11 | 104 | Chase Bank USA, N.A. | Dividend paid 36.49% on $4,847.41; Claim# 2; Filed: $4,847.41; Reference: XXXXX0324 | 7100-000 | | 1,769.13 | 12,796.52 |
| 02/07/11 | 105 | PYOD LLC its successors & assigns as assignee of Citibank | Dividend paid 36.49% on $13,196.54; Claim# 3; Filed: $13,196.54; Reference: XXXXX0324 | 7100-000 | | 4,816.27 | 7,980.25 |
| 02/07/11 | 106 | PYOD LLC its successors & assigns as assignee of Citibank | Dividend paid 36.49% on $21,507.11; Claim# 4; Filed: $21,507.11; Reference: XXXXX0324 | 7100-000 | | 7,849.33 | 130.92 |
| 02/07/11 | 107 | American Express Centurion Bank | Dividend paid 36.49% on $358.73; Claim# 5; Filed: $358.73; Reference: XXXXX0324 | 7100-000 | | 130.92 | 0.00 |
| | | | ACCOUNT TOTALS | | 25,500.51 | 25,500.51 | $0.00 |
| | | | Less: Bank Transfers | | 25,500.51 | 0.00 | |
| | | | Subtotal | | 0.00 | 25,500.51 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $25,500.51 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******53-65 | 25,500.52 | 0.01 | 0.00 |
| Checking # 9200-******53-66 | 0.00 | 25,500.51 | 0.00 |
| | $25,500.52 | $25,500.52 | $0.00 |

{} Asset reference(s)

Printed: 03/20/2011 01:43 PM  V.12.56